UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDY BERKSHIRE,

        Plaintiff,        Case No. 1:14cv33

v.        Hon. Robert J. Jonker

MICHAEL MORAN, *et al.*,

        Defendants.

_____/

## ORDER
## APPROVING AND ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on March 30, 2015. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed March 30, 2015, is approved and adopted as the opinion of the court.

**IT IS ORDERED** that the motion for summary judgment (docket #11), by Defendants Michael Moran and Mark Raymer is **GRANTED** and they are dismissed from this matter.

**IT IS ORDERED** that the motion for summary judgment (docket #15) by Stephan Jozlin is **GRANTED** and the state law claims against Jozlin are **DISMISSED**, also **DISMISSING** Jozlin from this action.

**IT IS FURTHER ORDERED** that this action is administratively closed pending the resolution of defendant Murry's bankruptcy

                /s/ Robert J. Jonker
            ROBERT J. JONKER
            CHIEF UNITED STATES DISTRICT JUDGE

DATED: August 20, 2015